**STATE of Missouri, Respondent,**

v.

**Albert G. TURNER, Appellant.**

**No. WD 50252.**

Missouri Court of Appeals,
Western District.

Dec. 12, 1995.

Robert L. Desselle, Independence, Daniel L. Franco, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from jury conviction of robbery in the first degree, § 569.020, RSMo 1986, and armed criminal action, § 571.015.1, RSMo 1986, and sentence from those convictions.

Affirmed. Rule 30.25(b).